

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2014

No. 04-14-00850-CV

**IN RE** Dr. Nancy T. **POBLENZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

On December 8, 2014, relator filed a petition for writ of mandamus and emergency motion for temporary relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and emergency motion for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 9th, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013-CI-20890, styled *Daniel Coindreau, Individually and Andrea Fernandez, Individually and as Next Friend of C. C., A Minor v. CHRISTUS Santa Rosa Health Care Corporation d/b/a CHRISTUS Santa Rosa Hospital*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.